## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

Kathleen Clayton,

      Plaintiff,

          v.                                      Case No.   1:12cv079

Commissioner of Social Security,            Judge Michael R. Barrett

      Defendant.

## ORDER

      This matter is before the Court on the Report and Recommendation filed by the Magistrate Judge on February 1, 2013 (Doc. 16).

      Proper notice has been given to the parties under 28 U.S.C. § 636(b)(1)(C), including notice that the parties would waive further appeal if they failed to file objections to the Report and Recommendation in a timely manner. *United States v. Walters,* 638 F.2d 947 (6th Cir. 1981). No objections to the Magistrate Judge's Report and Recommendation (Doc. 16) have been filed.

      Accordingly, it is **ORDERED** that the Report and Recommendation of the Magistrate Judge is hereby **ADOPTED.** The decision by the Commissioner is supported by substantial evidence and therefore **AFFIRMED**.

      **IT IS SO ORDERED.**

                              */s/ Michael R. Barrett*
                          Michael R. Barrett
                          United States District Judge